JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS<br><br>    Plaintiffs,<br>   v.<br><br>PACIFICA INSULATION COMPANY, INC.<br><br>    Defendants. | Case No. EDCV14-01899 JGB (KKx)<br><br>JUDGMENT<br><br>Judge: Honorable Jesus G. Bernal |

1    This Court has granted the Motion for Default Judgment by Plaintiffs
2 CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, and
3 BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS
4 (collectively "PLAINTIFFS") against Defendant PACIFICA INSULATION
5 COMPANY, INC.

6    IT IS ORDERED AND ADJUDGED that PLAINTIFFS shall recover from
7 DEFENDANT:

| | |
|---|---|
| Contributions: | $ 18,778.91 |
| Liquidated Damages: | $ 1,877.89 |
| Prejudgment Interest: | $ 4,257.25 |
| Audit Costs | $ 107.40 |
| Attorney's Fees: | $ 1,845.85 |
| **Total Judgment:** | **$ 26,867.30** |

Additionally, the Court ORDERS Defendant to submit the required monthly reports for the period between May 2013 and July 2014. Judgment is entered on February 17, 2015.

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE